UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Charles Glenn ParkerDocket No. 5:94-CR-122-2F

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Charles Glenn Parker, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Marijuana and Cocaine, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on September 5, 1995, to the custody of the Bureau of Prisons for a term of 420 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On December 10, 1997, the defendant's term of imprisonment was reduced from 420 months to 280 months.

Charles Glenn Parker was released from custody on February 11, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 10, 2016, the probation office received information that the defendant had moved without first notifying the probation officer. Contact was made with the defendant, and the defendant reported to the probation office the following day, February 11, 2016. At that time, the defendant submitted a urinalysis test which returned positive for the use of amphetamines and methamphetamines. The defendant admitted using methamphetamines on or about February 7, 2016. As a result of his drug use, the defendant has been placed in the Surprise Urinalysis Program and referred to substance abuse treatment. In addition to these corrective measures, it is recommended the defendant's supervision be modified to include two days of intermittent confinement as arranged by the probation office and the Bureau of Prisons, in addition to the addition of the DROPS Program, starting at the second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Charles Glenn Parker
Docket No. 5:94-CR-122-2F
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: February 22, 2016 |

### ORDER OF THE COURT

Considered and ordered this ___7___ day of ___March___, 2016 and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge