UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Charles Glenn Parker**　　　　　　　　　　　　　　　　**Docket No. 5:94-CR-122-2BO**

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles Glenn Parker, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Marijuana and Cocaine, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 5, 1995, to the custody of the Bureau of Prisons for a term of 280 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On December 10, 1997, the defendant's term of imprisonment was reduced from 420 months to 280 months.

Charles Glenn Parker was released from custody on February 11, 2015, at which time the term of supervised release commenced.

On March 7, 2016, the conditions of supervised release were modified to add participation in the DROPS Program and a two-day period of intermittent confinement in response to the defendant's use of methamphetamine.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since the conditions of supervision were modified on March 7, 2016, to include the DROPS Program and a two-day period of confinement, the court has been notified that the defendant has tested positive for methamphetamine on two additional occasions. As a result of the additional drug use, the defendant has served a period of five days of confinement, and is currently completing a 10-day period of confinement that is being served over the course of five weekends. The defendant recognizes he has a substance abuse problem, and he has willingly attended substance abuse treatment. However, the defendant understands he is at risk of returning to prison if he does not address his addiction. He has agreed to participate in the HOPE Program, a re-entry program designed for individuals battling addiction. As a condition of the HOPE Program, the defendant will be required to participate in a cognitive behavioral program. The defendant has also requested to speak with a mental health counselor. Based upon the defendant's participation in the HOPE Program and his desire to seek mental health treatment, it is recommended the defendant's supervision be modified to include participation in a cognitive behavioral program, as well as a program of mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Charles Glenn Parker
Docket No. 5:94-CR-122-2BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: April 20, 2017

## ORDER OF THE COURT

Considered and ordered this __20__ day of __April__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge